■ ZITA CESNAVICIUS, Individually and as Conservator of the Estate of FRANK W. MINARDI, Respondent, v STATE OF NEW YORK, Appellant.—In a proceeding pursuant to Court of Claims Act § 10 (6) to file a late claim, the defendant State of New York appeals from so much of an order of the Court of Claims (McCabe, J.), dated January 23, 1989, as granted the application of Zita Cesnavicius as conservator of the estate of Frank W. Minardi.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice McCabe at the Court of Claims. Mangano, J. P., Lawrence, Kooper and Harwood, JJ., concur.